IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CMA-CGM, S.A.<br>Plaintiff,<br><br>v.<br><br>LONE STAR FOXHALL, LLC, SIPAC RECYCLING, LLC, OM METALS, LLC, PRATEEK DESAI, *in personam*, THE 61 MARINE CARGO CONTAINERS, *in rem,* and THE SCRAP METAL CONTAINED IN THE 61 MARINE CARGO CONTAINERS, *in rem*<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br><br>C.A. NO. 3:11-cv-03444-F<br>(ADMIRALTY) |

## WRIT OF MARITIME ATTACHMENT

TO:   The U.S. Marshal

You are commanded, pursuant to Supplemental Admiralty Rule B, to immediately attach the scrap metal owned by Defendants Om Metals LLC and/or Prateek Desai, found within the District at 2019 Ruder Street, Dallas, Texas 75212, 2135 Progressive Drive, Dallas, Texas 75212, and 2035 Progressive Drive, Dallas, Texas 75212, and to serve a copy of the Complaint and this Writ on the person in possession of the scrap metal or his agent, and promptly to return your writ.

Karen Mitchell, Clerk

DATED: 12-29-11        By: _____
                             Deputy Clerk